FARMINGTON NEIGHBORHOOD
PRESERVATION ASSOCIATION,
Plaintiff–Appellant,

v.

CITY OF FARMINGTON, et al.,
Defendants–Respondents.

No. 74294.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 6, 1998.

Carl D. Kinsky, Ste. Genevieve, for plaintiff–appellant.

Reeves & Goff, P.C., William G. Reeves, Farmington, for respondent Matthews.

Colson, Wanger, Ray & Mackay, Thomas L. Ray, Gary W. Wagner, Farmington, for City of Farmington.

Before HOFF, P.J. and GARY M. GAERTNER and RHODES RUSSELL, JJ.

ORDER

PER CURIAM.

Farmington Neighborhood Preservation Association (Association), a Missouri nonprofit corporation, appeals from the trial court's judgment dismissing its declaratory judgment petition for lack of standing.

We have reviewed the briefs of the parties and the record on appeal. No error of law appears. An opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment pursuant to Rule 84.16(b).